**12/1/2015**                                                                    **COA No. 13-11-00786-CR**
**BOSWELL, MICKEY**        Tr. Ct. No. 10-CR-4228-G                              **PD-1555-15**
The Appellant's Petition for Discretionary Review has this day been filed. [The Court requires ten <u>copies</u> of this document to be filed in this office within three (3) days pursuant to Rule 9.3(b). Failure to send copies will result in the refusal of the petition.]

Abel Acosta, Clerk

13TH COURT OF APPEALS  CLERK
DORIAN RAMIREZ
901 LEOPARD
CORPUS CHRISTI, TX  78401
* DELIVERED VIA E-MAIL *